IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CORA DUDLEY and JEANNE MATTHEWS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JUMIO CORPORATION, <br><br> Defendant. | Case No.: 1:22-cv-00890 <br><br> **NOTICE OF DISMISSMAL PURSUANT TO FRCP 41** <br><br> Hon. Matthew F. Kennelly |

## NOTICE OF VOLUNTARY DISMISSAL

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing...a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly, Plaintiffs hereby dismiss, without prejudice, all claims against Defendant Jumio Corporation. Each party shall bear its own costs.

*Respectfully submitted*,

*/s/ William H. Beaumont*

Roberto Costales
William H. Beaumont
BEAUMONT COSTALES LLC
107 W. Van Buren, Suite 209
Chicago, IL 60605
Telephone: (773) 831-8000
whb@beaumontcostales.com
*Counsel for Plaintiff*